| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | ROSANNE L. RUST |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

**FILED**

AUG 01 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0126 MCE |
| Plaintiff, | 18 U.S.C. §§ 2251(a) and (e) – Attempted Production of Child Pornography; 18 U.S.C. § 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography; 18 U.S.C. § 2253 – Criminal Forfeiture |
| v. | |
| JAZIZ CEA, | |
| Defendant. | |

## INDICTMENT

COUNT ONE: [18 U.S.C. § 2251(a) and (e) – Attempted Production of Child Pornography]

The Grand Jury charges: T H A T

JAZIZ CEA,

defendant herein, between on or about October 16, 2018, and continuing through on or about February 20, 2019, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally attempt to employ, use, persuade, induce, entice, and coerce a minor, "Juvenile Victim 1," to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, knowing and having reason to believe that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depictions were produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title

1  18, United States Code, Section 2251(a) and (e).

2  COUNT TWO: [18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography]

3       The Grand Jury further charges: T H A T

4                              JAZIZ CEA,

5  defendant herein, on or about February 20, 2019, in the County of Sacramento, State and Eastern

6  District of California, did knowingly possess one or more matters which contained one or more visual

7  depictions, including but not limited to, (1) hy5ukx4avr7a33ywmidxj.webm; (2)

8  2iujr0stfnb64mtdh4hmg.webm; (3) t5ijhp42hebza0zywsmrf.webm; and (4)

9  gvqjz78ecgsiko5pym0qi.webm, that had been shipped and transported using a means and facility of

10 interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which were

11 produced using materials which had been so shipped and transported, by any means including by

12 computer, where the production of such visual depictions involved the use of a prepubescent minor and

13 a minor who had not attained 12 years of age engaged in sexually explicit conduct and such visual

14 depictions were of such conduct as defined in Title 18, United States Code, Section 2256(2), all in

15 violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

16 FORFEITURE ALLEGATION: [18 U.S.C. § 2253 - Criminal Forfeiture]

17      1.     Upon conviction of Counts One or Two alleged in this Indictment, defendant JAZIZ CEA

18 shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all

19 matter which contained visual depictions produced, transported, mailed, or shipped or received in

20 violation thereof; any property, real or personal, constituting traceable to gross profits or other proceeds

21 the defendant obtained as a result of said violations; and any property, real or personal, used or intended

22 to be used to commit and to promote the commission of such violations, or any property traceable to

23 such property, including but not limited to:

         a) iphone 6S - grey Model A1688

         b) White Acer ChromeBook - S/N: NXG54AA0187441687E7600

         c) small black camera with battery pack and red and black cables coming off it.

28 ///

INDICTMENT                                    2

1  2.     If any property subject to forfeiture as a result of the offenses alleged in this Indictment, for which defendant is convicted:

      a) cannot be located upon the exercise of due diligence;

      b) has been transferred or sold to, or deposited with, a third party;

      c) has been placed beyond the jurisdiction of the Court;

      d) has been substantially diminished in value; or

      e) has been commingled with other property which cannot be divided without difficulty;

It is the intent of the United States, pursuant to Title 18, United State Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**

_____
FOREPERSON

*[signature]*

McGREGOR W. SCOTT
United States Attorney

INDICTMENT                                  3

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

### JAZIZ CEA

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. §§ 2251(a) & (e) – Attempted Production of Child Pornography; 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography; 18 U.S.C. § 2253 – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**
_____
*Foreman.*

Filed in open court this ___1st___ day of ___August___, A.D. 20 __2019__

_____P Buzl_____
*Clerk.*

Bail, $ _____

**NO BAIL WARRANT**

GPO 863 525

## United States v. Jaziz Cea
## Penalties for Indictment

**Defendant**
Jaziz Cea

**COUNT 1:**            Jaziz Cea

VIOLATION:           18 U.S.C. § 2251(a) and (e) – Attempted Production of Child Pornography

PENALTIES:           Mandatory minimum of 15 years in prison and a maximum of 30 years in prison; or
Fine of up to $250,000; or
Both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**            Jaziz Cea

VIOLATION:           18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography

PENALTIES:           No mandatory minimum sentence in prison but a maximum sentence of 20 years in prison; or
A fine of up to $250,000; or both fine and imprisonment; and
A term of supervised release of not less than 5 years, or life.

SPECIAL ASSESSMENT: $100 (mandatory on each count)


**FORFEITURE ALLEGATION:**   Jaziz Cea

VIOLATION:           18 U.S.C. § 2253 – Criminal Forfeiture

PENALTIES:           As stated in the charging document