AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

RECEIVED
UNITED STATES MARSHAL
2019 AUG -2 AM 9:32
EASTERN DISTRICT
OF CALIFORNIA

United States of America
v.

JAZIZ CEA

Defendant

Case No.  2:19-cr-0126 MCE

**FILED**

SEP -4 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JAZIZ CEA                                                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18: USC 2251(a) and (e):  ATTEMPTED PRODUCTION OF CHILD PORNOGRAPHY


Date:  08/02/2019

*A. Benson* (signature)
*Issuing officer's signature*

City and state:   Sacramento, CA

A. Benson, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/2/19, and the person was arrested on *(date)* 9/3/19
at *(city and state)* Sacramento, CA.

Date:  9/3/19

*(signature)*
*Arresting officer's signature*

Scott Schofield, FBI
*Printed name and title*