HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JAZIZ CEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAZIZ CEA, <br><br> Defendant. | Case No. 2:19-cr-126 MCE <br><br> DESIGNATION OF COUNSEL |

The Federal Defender's Office requests that attorney, Benjamin D. Galloway, be removed as counsel of record from the service list of actions in the above-referenced case.

Please add Assistant Federal Defender, Douglas J. Beevers, as counsel of record and to the service list of actions in the above-referenced case.

DATED: September 10, 2019         Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Douglas J. Beevers*
                                  DOUGLAS J. BEEVERS
                                  Assistant Federal Defender
                                  Attorney for JAZIZ CEA

Designation of Counsel