1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, # 288639
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JAZIZ CEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-CR-126 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| JAZIZ CEA, | ) Date: December 11, 2019 |
| Defendants. | ) Time: 10:00 a.m. ) Judge: Hon. Morrison C. England, Jr. |

On December 3, 2019, the Court on its own motion vacated the Status Conference scheduled for December 11, 2019 and continued the hearing to January 30, 2020 at 10:00 a.m.

Defense counsel requires time to review the evidence and interview witnesses. Mr. Beevers is making arrangements to view certain contraband evidence at the FBI office. Additionally, Mr. Beevers is preparing for a motion to suppress hearings in Dec 20, 2019 in US v. Chi Yang and in US v. Bohannon on February 4, 2020. Defense counsel also has preplanned leave in early January. Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the Court's order, through and including January 30, 2020; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

Stipulation and Proposed Order                  -1-

| | |
|---|---|
| 1 | DATED: December 6, 2019 |
| 2 | Respectfully submitted, |
| 3 | HEATHER E. WILLIAMS<br>Federal Defender |
| 5 | */s/ Douglas J. Beevers*<br>DOUGLAS J. BEEVERS<br>Assistant Federal Defender |
| 6 | Attorney for JAZIZ CEA |
| 8 | DATED: December 6, 2019   MCGREGOR W. SCOTT<br>United States Attorney |
| 10 | */s/ Christina McCall*<br>CHRISTINA McCALL<br>Assistant United States Attorney |
| 11 | Attorney for Plaintiff |

Stipulation and Proposed Order               -2-

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from today's date, up to and including January 30, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the December 11, 2019 status conference shall be continued until January 30, 2020, at 9:00 a.m.

DATED:  December ___, 2019

HON. MORRISON C. ENGLAND, Jr.
United States District Court Judge