1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, # 288639
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JAZIZ CEA
6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )  Case No.  2:19-CR-126 MCE
                                     )
11                      Plaintiff,   )  STIPULATION AND ORDER TO CONTINUE
                                     )  STATUS CONFERENCE
12        v.                         )
                                     )
13  JAZIZ CEA,                       )  Date: December 11, 2019
                                     )  Time: 10:00 a.m.
14                      Defendants.  )  Judge: Hon. Morrison C. England, Jr.
                                     )

15

16      On December 3, 2019, the Court on its own motion vacated the Status Conference

17  scheduled for December 11, 2019 and continued the hearing to January 30, 2020 at 10:00 a.m.

18      Defense counsel requires time to review the evidence and interview witnesses.  Mr.

19  Beevers is making arrangements to view certain contraband evidence at the FBI office.

20  Additionally, Mr. Beevers is preparing for a motion to suppress hearings in Dec 20, 2019 in US

21  v. Chi Yang and in US v. Bohannon on February 4, 2020.  Defense counsel also has preplanned

22  leave in early January.  Based upon the foregoing, the parties agree time under the Speedy Trial

23  Act should be excluded from the date of the Court's order, through and including January 30,

24  2020;  pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and

    General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

25      Counsel and the defendant also agree that the ends of justice served by the Court granting

26  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

27

28  ///

    Stipulation and Order                -1-

1   DATED: December 5, 2019

2                                           Respectfully submitted,

3                                           HEATHER E. WILLIAMS
                                            Federal Defender

4
                                            /s/ Douglas J. Beevers
5                                           DOUGLAS J. BEEVERS
                                            Assistant Federal Defender
6                                           Attorney for JAZIZ CEA

7

8   DATED: December 5, 2019                 MCGREGOR W. SCOTT
                                            United States Attorney
9
                                            /s/ Christina McCall
10                                          CHRISTINA McCALL
                                            Assistant United States Attorney
11                                          Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

Time from today's date, up to and including January 30, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).  It is further ordered the December 11, 2019 status conference shall be continued until January 30, 2020, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  December 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE