FILED

FEB 24 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAZIZ CEA,<br>TRUE NAME: JAZIZ JESAHIAS CEA,<br><br>    Defendant. | No. 2:19CR00126 WBS<br><br>DEFENDANT'S FACTUAL BASIS (CHANGE OF PLEA AS TO CT.2 OF THE INDICTMENT) |

1

Factual Basis for Count Two

On or about February 20, 2019, in the Eastern District of California, the defendant knowingly and intentionally possessed child pornography files.

As a result of a search warrant executed at the defendant's residence on February 20, 2019, law enforcement discovered that the defendant had visual depictions of prepubescent minors engaged in sexually explicit conduct on two of his electronic devices, which only the defendant used: his grey iPhone 6S – Model A1688; and his White Acer ChromeBook - S/N: NXG54AA0187441687E7600. Both the iPhone and Chromebook are manufactured outside of California and from components made outside of the State.

On February 20, 2019, the defendant knowingly and intentionally possessed eight child pornography videos on the grey iPhone 6S – Model A1688 and the White Acer ChromeBook - S/N: NXG54AA0187441687E7600, including the four files listed in Count Two of the Indictment. All four of those files are video recordings depicting prepubescent minors or minors under the age of 12.

The first file the defendant knowingly and intentionally possessed on February 20, 2019: hy5ukx4avr7a33ywmidxj.webm, is a color video over five minutes in length that depicts a close-up of a pre-pubescent girl's face while she is performing fellatio on an adult male. After some time, the male starts to stroke his own penis and the nude girl moves to his side leaning over his stomach and penis. At the end of the video, the adult male is seen ejaculating in the mouth and on the face of the nude girl. The video is an identified series known to have been produced outside the State of California.

The second file the defendant knowingly and intentionally possessed on February 20, 2019: 2iujr0stfnb64mtdh4hmg, is an approximately 2 minute and 10 second color video of a naked boy, approximately 5-6 years old, with an adult female who removed her clothing. The female talks to the child and positions the camera. The female appears to put her mouth on and off the child's erect penis. The camera zooms closer so that the viewer can clearly see the female's mouth on the child's penis.

The third file the defendant knowingly and intentionally possessed on February 20, 2019: t5ijhp42hebza0zywsmrf.webm, depicts a prepubescent female lying on a bed exposing her genitals and digitally penetrating herself in an act of masturbation.

The fourth file the defendant knowingly and intentionally possessed on February 20, 2019: gvqjz78ecgsiko5pym0qi, is a 1 minute and 32 second color video of what appears to be a 5-6 year old clothed girl, who is orally copulating an adult male's erect penis through his unzipped pants.

On February 20, 2019, the defendant admitted that he downloaded files of child pornography from the Internet to his Chromebook and that he had previously searched for child pornography depicting the victim identified in hy5ukx4avr7a33ywmidxj.webm. The defendant also admitted to masturbating to the videos of child pornography he downloaded from the Internet.

Date:   _____ 2/23/20
JAZZZ CEA