HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
JAZIZ CEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00126-MCE |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER SEALING DOCUMENT** |
| JAZIZ CEA, | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |

IT IS HEREBY ORDERED that Defendant's Request for Order to Seal be granted and that the exhibit to Defendant's medical records, permitting Assistant United States Attorneys Christina McCall and Rosanne Rust access to these documents unless otherwise ordered by this Court at a later time.

Dated: March 4, 2020

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-