| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | ROSANNE L. RUST<br>CHRISTINA M. McCALL |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAZIZ JESAHIAS CEA,<br><br>    Defendant. | CASE NO. 2:19-CR-126-MCE<br><br>ORDER AUTHORIZING EARLY DISCLOSURE OF GRAND JURY INFORMATION FOR DISCOVERY PURPOSES |

Pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), and to the extent it may contain information that is considered prior recorded testimony under the Jencks Act, 18 U.S.C. § 3500, it is hereby ORDERED:

The transcript of the grand jury testimony of FBI Special Agent Scott Schofield ("Schofield grand jury transcript"), produced by the United States in this case, is for use by defendant and defense counsel (the "Defense") for investigating, preparing for trial, trial, and any appeals of this matter and for no other purpose. This Schofield grand jury transcript produced by the United States may not be further disseminated in any way to any other person or entity, except as provided in this Order.

The Defense shall take all reasonable steps to (a) maintain the confidentiality of this Schofield grand jury transcript and (b) safeguard this Schofield grand jury transcript from inadvertent disclosure or review by any third party.

The Defense may share this Schofield grand jury transcript material with any investigators, consultants or experts retained by the Defense in connection with this case provided that the Defense informs any such individual(s) of this Order.

The Defense may show witnesses this Schofield grand jury transcript as necessary for the preparation of the defense, but witnesses may not be given copies of the materials.

To the extent that any of the above-referenced Schofield grand jury transcript materials contain any individual's personal information, any filings referencing or containing said materials must be redacted in a manner consistent with 18 U.S.C. §§ 3509 and 3771, the Federal Rules of Criminal Procedure, and applicable Local Rules.

IT IS SO ORDERED.

Dated: March 11, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE