1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | DOUGLAS BEEVERS, #288639
Assistant Federal Defenders
3 | 801 I Street, 3rd Floor
Sacramento, CA 95814
4 | Tel: 916-498-5700/Fax: 916-498-5710

5 | Attorney for Defendant
JAZIZ CEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-CR-0126 MCE |
|---|---|
| Plaintiff, | ) DEFENDANT'S **DRAFT** EXHIBIT LIST |
| vs. | ) Date: March 17, 2020 |
|  | ) Time: 9:00 a.m. |
| JAZIZ CEA, | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |

Mr. Jaziz Cea, by and through undersigned counsel, respectfully submits the following draft exhibit list. This list is not intended to include materials that may be needed by the defense during impeachment of government witnesses. As of the writing of this motion, counsel is not certain as to which witnesses will testify nor which materials will be needed for impeachment during trial. Counsel will have marked copies of all impeachment documents for the Court, the government, and the witnesses during trial. Mr. Cea respectfully requests to reserve the opportunity to amend this list as appropriate.

| EXHIBIT NO. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| A | Search warrant photo | | |
| B | Search warrant photo | | |

| | | | |
|---|---|---|---|
| C | Search warrant photo | | |
| D | Search warrant photo | | |
| E | Search warrant photo | | |
| F | Search warrant photo | | |
| G | Search warrant photo | | |
| H | Search warrant photo | | |
| I | Search warrant photo | | |
| J | Search warrant photo | | |
| K | Search warrant photo | | |
| L | Search warrant photo | | |
| M | Search warrant photo | | |
| N | Search warrant photo | | |
| O | Search warrant photo | | |
| P | Computer/phone search photo | | |
| Q | Computer/phone search photo | | |
| R | Computer/phone search photo | | |
| S | Computer/phone search photo | | |
| T | Computer/phone search photo | | |
| U | Computer/phone search photo | | |
| V | Computer/phone search photo | | |
| W | Computer/phone search photo | | |
| X | Defense photo | | |
| Y | Defense photo | | |
| Z | Defense photo | | |
| AA | Defense photo | | |
| BB | Defense photo | | |
| CC | Defense photo | | |
| DD | Defense photo | | |
| EE | Defense photo | | |
| FF | Defense photo | | |
| GG | Defense photo | | |
| HH | Defense photo | | |
| II | Defense photo | | |
| JJ | Defense photo | | |
| KK | Defense photo | | |
| LL | Defense photo | | |
| MM | Defense photo | | |
| NN | Defense photo | | |
| OO | Defense photo | | |
| PP | Defense photo | | |
| QQ | Defense photo | | |
| RR | Defense photo | | |
| SS | Defense photo | | |
| TT | Defense photo | | |
| UU | Defense photo | | |
| VV | V1 video | | |

| | | | |
|---|---|---|---|
| WW | Screenshot from charged video | | |
| XX | Screenshot from charged video | | |
| YY | Screenshot from charged video | | |
| ZZ | Screenshot from charged video | | |
| AAA | Screenshot from charged video | | |
| | | | |
| | | | |
| | | | |

DATED: March 13, 2020              Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

                                   */s/ Douglas Beevers*
                                   DOUGLAS BEEVERS


                                   Assistant Federal Defender
                                   Attorney for JAZIZ CEA