McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-126 MCE |
| Plaintiff, | STIPULATION AND ORDER RE: HEARING |
| v. | DATE: June 11, 2020 |
| JAZIZ J. CEA, | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

**STIPULATION**

On May 14, 2020, the Court issued a minute order (ECF No. 102), vacating the June 22 trial date in the interest of public health and safety. The Court also vacated the Trial Confirmation Hearing set for June 4, and replaced it with a status conference, which is currently set for June 11, and excluded time between those dates. ECF Nos. 103 and 105.

Through this filing, and per the Court's Minute Order (ECF No. 106), the defendant states his intention to appear at the June 11 status hearing via videoconference, consistent with General Order 618, rather than waive his appearance under Federal Rule of Criminal Procedure 43.

The parties stipulate and agree that the status hearing may proceed with the defendant appearing by VTC. The parties request that the Court enter an order making the specific findings articulated below:

1) The status hearing in this case cannot be further delayed without serious harm to the interest

STIPULATION AND ORDER RE: HEARING         1

of justice, given the public health restrictions on physical contact and court closures existing in the Eastern District of California and the defendant's request to proceed to trial as soon as practicable; and

2) The defendant waives his physical presence at the hearing and consents to remote hearing by videoconference and counsel joins in that waiver.

Dated: June 9, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated: June 9, 2020

/s/ Douglas Beevers
Douglas Beevers
Counsel for Defendant
Jaziz J. Cea

Dated: June 9, 2020

/s/ Jaziz J. Cea
JAZIZ J. CEA[1]
Defendant

///
///
///
///
///
///
///
///
///

---

[1] CAED General Order 616 states that "where a defendant's signature is called for, unless otherwise ordered by the court, defense counsel may sign electronically on the defendant's behalf using the format '/s/ name' and file the signed document electronically after defendant has an opportunity to consult with counsel and consents to counsel's signing on defendant's behalf."

**ORDER**

1. The Court adopts the findings above.

2. Further, the Court specifically finds that:

   a) The status hearing in this case cannot be further delayed without serious harm to the interest of justice; and

   b) The defendant has waived his physical presence at the hearing and consents to remote hearing by videoconference.

3. Therefore, based on the findings above, and under the Court's authority under General Order 618, the status hearing in this case will be conducted by videoconference.

IT IS SO ORDERED.

Dated: June 9, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE