1  McGREGOR W. SCOTT
   United States Attorney
2  ROSANNE L. RUST
   CHRISTINA McCALL
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   (916) 554-2700
5
   Attorneys for Plaintiff
6  United States of America

7
                      IN THE UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,          | CASE NO. 2:19-CR-00126 MCE
   |                                    |
11 |                Plaintiff,          |
   |                                    | REQUEST FOR PARTIAL REDACTION OF
12 |        v.                          | TRANSCRIPT PRIOR TO RELEASE TO THE
   |                                    | PUBLIC AND ORDER
13 | JAZIZ CEA,                         |
   |                                    |
14 |                Defendant.          |

15

16    The United States respectfully moves this Court to seal or redact certain limited portions of the

17 March 11, 2020 motion in limine hearing transcript before its release to the public through the

18 PACER/ECF system. The legal bases for the requested limited sealing are found in: 18 U.S.C. §

19 3771(a)(8), which provides that a crime victim has "[t]he right to be treated with fairness and with

20 respect for the victim's dignity and privacy," and 18 U.S.C. § 3509(d), which provides that all papers to

21 be filed in court that disclose the name of or any other information concerning a child shall be filed

22 under seal, without the necessity of obtaining a court order.

23    Because the March 11 motion hearing transcript contains identifying information of minor

24 victims, good cause exists to redact the specifically-identified portions of the hearing transcript as set

25 forth below. Additionally, the hearing transcript contains discussions of matters that justify further

26 redaction due to the necessary respect for the rights and privacy of a minor victim as recognized under §

27 3771(a)(8) and § 3509(d).

28    The requested limited, specifically-identified portions for sealing or redacting of the March 11

motion hearing transcript are set forth in the document provided to the Court and counsel for the defendant.  An unredacted copy of the transcript is also being provided to the Court and to opposing counsel.  If the Court grants this request, when the transcript is released to the public through PACER/ECF system, the redacted version will the the only version made available.

Dated:  July 2, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ CHRISTINA McCALL
ROSANNE L. RUST
CHRISTINA McCALL
Assistant United States Attorneys

## ORDER

1. The Court finds that 18 U.S.C. §§ 3771(a)(8) and 3509(d) provide legal bases for the limited redactions requested by the government to the March 11, 2020 hearing transcript.

2. Therefore, based on the findings above, the Court hereby GRANTS the Government's request for partial redaction of certain limited portions of the March 11, 2020 hearing transcript, for the reasons stated in the Government's request.

IT IS SO ORDERED.

Dated:  July 2, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE