McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 01, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAZIZ JESAHIAS CEA,<br><br>Defendant. | CASE NO. 2:19-CR-0126 MCE<br><br>18 U.S.C. §§ 2251(a) and (e) – Attempted Production of Child Pornography (1 count); 18 U.S.C. §§ 2252(a)(1) and § 3261(a)(2) – Transportation of Child Pornography and Military Extraterritorial Jurisdiction Act (1 count); 18 U.S.C. §§ 2252(a)(2) and § 3261(a)(2) – Receipt of Child Pornography and Military Extraterritorial Jurisdiction Act (1 count); 18 U.S.C. § 2253(a) – Criminal Forfeiture |

S E C O N D   S U P E R S E D I N G   I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 2251(a) and (e) – Attempted Production of Child Pornography]

The Grand Jury charges: T H A T

JAZIZ JESAHIAS CEA,

defendant herein, between on or about October 15, 2018, and continuing through on or about February 20, 2019, in the County of Sacramento, State and Eastern District of California, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, "Juvenile Victim 1," to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing one or more visual depictions of such conduct, knowing and having reason to believe that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depictions were produced and transmitted using materials that have been mailed, shipped, and transported in and

1 affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2251(a) and (e).

COUNT TWO: [18 U.S.C. § 2252(a)(1) & 18 U.S.C. § 3261(a)(2) – Transportation of Child Pornography and Military Extraterritorial Jurisdiction Act]

The Grand Jury further charges: T H A T

JAZIZ JESAHIAS CEA,

1. Defendant herein, in or about September 2017, through in or about July 2018, was a member of the Armed Forces subject to Chapter 47, Title 10 (i.e., the Uniform Code of Military Justice), in that he was:
   a. a member of the California National Guard serving on active duty with the United States Army; and
   b. present for duty outside the United States, in the State of Qatar, as a member of the United States Army.
2. Defendant ceased to be a member of the Army and ceased to be subject to the Uniform Code of Military Justice no later than July 23, 2020, at which time he was separated and discharged under other than honorable conditions from the California National Guard.
3. The conduct alleged in this Count of the Second Superseding Indictment occurred in the State of Qatar.
4. The conduct alleged in this Count of the Second Superseding Indictment constitutes an offense which would be punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States.
5. The conduct alleged in this Count of the Second Superseding Indictment occurred outside the jurisdiction of any particular State or District and within the venue of the United States District Court for the Eastern District of California, in that the last known U.S. residence of the defendant, JAZIZ JESAHIAS CEA, and the place where the defendant was arrested, was in Galt, California, as provided by Title 18, United States Code, Section 3238.
6. On or about May 13, 2018, in the State of Qatar, and elsewhere, the defendant JAZIZ JESAHIAS CEA did knowingly transport one or more visual depictions using a means and facility of interstate and

SECOND SUPERSEDING INDICTMENT

2

foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, where the production of the visual depictions involved the use of a minor engaged in sexually explicit conduct and the visual depiction was of that conduct as defined in Title 18, United States Code, Section 2256(2), all in violation of Title 18, United States Code, Sections 2252(a)(1) and 3261(a)(2).

COUNT THREE: [18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 3261(a)(2) – Receipt of Child Pornography and Military Extraterritorial Jurisdiction Act]

The Grand Jury further charges: T H A T

JAZIZ JESAHIAS CEA,

1. Defendant herein, in or about September 2017, through in or about July 2018, was a member of the Armed Forces subject to Chapter 47, Title 10 (i.e., the Uniform Code of Military Justice), in that he was:
   a. a member of the California National Guard serving on active duty with the United States Army; and
   a. present for duty outside the United States, in the State of Qatar, as a member of the United States Army.
2. Defendant ceased to be a member of the Army and ceased to be subject to the Uniform Code of Military Justice no later than July 23, 2020, at which time he was separated and discharged under other than honorable conditions from the California National Guard.
3. The conduct alleged in this Count of the Second Superseding Indictment occurred in the State of Qatar.
4. The conduct alleged in this Count of the Second Superseding Indictment constitutes an offense which would be punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States.
5. The conduct alleged in this Count of the Second Superseding Indictment occurred outside the jurisdiction of any particular State or District and within the venue of the United States District Court for the Eastern District of California, in that the last known U.S. residence of the defendant, JAZIZ JESAHIAS CEA, and the place where the defendant was arrested, was in Galt,

1  California, as provided by Title 18, United States Code, Section 3238.

2  6. Defendant herein, between on or about February 17, 2018, and through on or about April 7,
3  2018, in the State of Qatar, and elsewhere, did knowingly receive at least one visual depiction, using a means
4  and facility of interstate and foreign commerce and which was shipped, and transported in and
5  affecting interstate and foreign commerce, by any means including by computer, and the
6  production of such visual depiction involved the use of a minor engaging in sexually explicit
7  conduct, and such visual depictions were of such conduct as defined in Title 18, United States
8  Code, Section 2256(2), all in violation of Title 18, United States Code, Sections 2252(a)(2) and
9  3261(a)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) - Criminal Forfeiture]

1. Upon conviction of Counts One, Two, or Three alleged in this Second Superseding Indictment, defendant JAZIZ JESAHIAS CEA shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violation; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violation, or any property traceable to such property, including but not limited to:

   a. iPhone 6S - grey Model A1688;
   b. Acer Chromebook computer serial number NXG54AA01874416B7E7600; and
   c. small black camera with battery pack and red and black cables coming off it.

2. If any property subject to forfeiture as a result of the offense alleged in this Second Superseding Indictment, for which defendant is convicted:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United State Code, Section 2253(b),

1  incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of
2  said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

/s/ _____
McGREGOR W. SCOTT
United States Attorney

SECOND SUPERSEDING INDICTMENT                    5

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

### JAZIZ JESAHIAS CEA

## S E C O N D   S U P E R S E D I N G   I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. §§ 2251(a) and (e) – Attempted Production of Child Pornography (1 count); 18 U.S.C. §§ 2252(a)(1) and § 3261(a)(2) – Transportation of Child Pornography and Military Extraterritorial Jurisdiction Act (1 count); 18 U.S.C. §§ 2252(a)(2) and § 3261(a)(2) – Receipt of Child Pornography and Military Extraterritorial Jurisdiction Act (1 count); 18 U.S.C. § 2253(a) – Criminal Forfeiture

*A true bill,*     **/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* _____**1st**_____ *day*

*of* __**October**_____, *A.D. 20* _**20**__

_____
/s/Valerie Callen *Clerk.*

*Bail, $* _____ No process necessary

_____

GPO 863 525

<u>United States v. Jaziz Jesahias Cea</u>
**Penalties for Indictment**

**Defendant**
Jaziz Cea

**COUNT 1:** Jaziz Jesahias Cea

VIOLATION:   18 U.S.C. § 2251(a) and (e) – Attempted Production of Child Pornography

PENALTIES:   Mandatory minimum of 15 years in prison and a maximum of 30 years in prison; or
Fine of up to $250,000; or
Both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT:  $100 (mandatory on each count)
JVTA ASSESSMENT: $5,000 (18 U.S.C. § 3014)
ADDITIONAL ASSESSMENT: UP TO $50,000 (18 U.S.C. § 2259A(a)(3))
RESTITUTION TO VICTIMS

**COUNT 2:** Jaziz Jesahias Cea

VIOLATION:   18 U.S.C. § 2252(a)(1)) – Transportation of Child Pornography

PENALTIES:   5-year mandatory minimum sentence in prison but a maximum sentence of 20 years in prison; or
A fine of up to $250,000; or both fine and imprisonment; and
A term of supervised release of not less than 5 years, or life.

SPECIAL ASSESSMENT: $100 (mandatory on each count)
JVTA ASSESSMENT: $5,000 (18 U.S.C. § 3014)
ADDITIONAL ASSESSMENT: UP TO $35,000 (18 U.S.C. § 2259A(a)(2))
RESTITUTION TO VICTIMS

**Count 3:** Jaziz Jesahias Cea
VIOLATION:   18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography

PENALTIES:   5-year mandatory minimum sentence in prison but a maximum sentence of 20 years in prison; or
A fine of up to $250,000; or both fine and imprisonment; and
A term of supervised release of note less than 5 years, or life.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

JVTA ASSESSMENT: $5,000 (18 U.S.C. § 3014)
ADDITIONAL ASSESSMENT: UP TO $35,000 (18 U.S.C. § 2259A(a)(2))
RESTITUTION TO VICTIMS

**FORFEITURE ALLEGATION:**   **Jaziz Jesahias Cea**

VIOLATION:        18 U.S.C. § 2253(a) – Criminal Forfeiture

PENALTIES:        As stated in the charging document