HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
JAZIZ CEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00126-MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING |
| JAZIZ CEA | |
| | Date: July 22, 2021 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Rosanne Rust and Christina McCall, Attorneys for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, Attorney for Defendant Jaziz Cea, **that the sentencing scheduled for July 22, 2021 may be vacated and continued to August 26, 2021.**

The new schedule of disclosure would be as follows:

| | |
|---|---|
| PSR Disclosed: | July 15, 2021 |
| Informal Objections: | July 29, 2021 |
| Final PSR Disclosed: | August 5, 2021 |
| Formal Objections: | August 12, 2021 |
| Reply/Sentencing Memorandum: | August 19, 2021 |
| Sentencing: | August 26, 2021 |

*Stipulation and Order to Continue Sentencing* -1-

Defense counsel believes that a continuance of the sentencing hearing to August 26, 2021 would provide enough time for defense counsel to effectively prepare for the sentencing hearing. The government does not object to this continuance. Since Mr. Cea has pleaded guilty to the charged offense, the Speedy Trial Act and time exclusion is not a concern.

Dated: May 28, 2021

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
JAZIZ CEA

Dated: May 28, 2021

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Rosanne Rust*
ROSANNE RUST
Assistant United States Attorney
Attorney for Plaintiff

*/s/ Christina McCall*
CHRISTINA MCCALL
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The July 22, 2021 sentencing shall be continued until August 26, 2021, at 10:00 a.m., before District Judge Morrison C. England Jr.

IT IS SO ORDERED.

Dated: June 4, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE