HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
JAZIZ CEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00126-MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| JAZIZ CEA | |
| Defendant. | Date: August 26, 2021 |
| | Time: 10:00 a.m. |
| | Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Rosanne Rust and Christina McCall, Attorneys for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, Attorney for Defendant Jaziz Cea, **that the sentencing scheduled for August 26, 2021 may be vacated and continued to December 2, 2021.**

The new schedule of disclosure would be as follows:

| | |
|---|---|
| PSR Disclosed: | October 21, 2021 |
| Informal Objections: | November 4, 2021 |
| Final PSR Disclosed: | November 12, 2021 |
| Formal Objections: | November 19, 2021 |
| Reply/Sentencing Memorandum: | November 25, 2021 |
| Sentencing: | December 2, 20 21 |

1        Defense counsel believes that a continuance of the sentencing hearing to December 2,

2   2021 would provide enough time for defense counsel to effectively prepare for the sentencing

3   hearing. The government does not object to this continuance.  Since Mr. Cea has pleaded guilty

4   to the charged offense, the Speedy Trial Act and time exclusion is not a concern.

5   Dated:  July 15, 2021

6                                 HEATHER E. WILLIAMS
                              Federal Defender

7

8                                 */s/ Douglas Beevers*
                              DOUGLAS BEEVERS
                              Assistant Federal Defender

9                                 Attorney for Defendant
                              JAZIZ CEA

10

11  Dated:  July 15, 2021

                              PHILLIP A. TALBERT

12                                Acting United States Attorney

13                                */s/ Rosanne Rust*
                              ROSANNE RUST

14                                Assistant United States Attorney
                              Attorney for Plaintiff

15

16                                */s/ Christina McCall*
                              CHRISTINA MCCALL

17                                Assistant United States Attorney
                              Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## __ORDER__

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The August 26, 2021 sentencing shall be continued until December 2, 2021, at 10:00 a.m., before District Judge Morrison C. England, Jr.

IT IS SO ORDERED.

DATED:  July 19, 2021

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE