PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAZIZ CEA, <br><br> Defendant. | CASE NO. 2:19-CR-00126 TLN <br><br> STIPULATION AND ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING <br><br> DATE: January 27, 2022 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

On November 9, 2021, by court order, this case was reassigned from Judge England to Judge Nunley for all future matters, and all currently scheduled hearings were vacated. ECF No. 164. Previously, the case had been set for judgment and sentencing on December 2, 2021, at 10:00 a.m. in front of Judge England. ECF No. 162. Due to public health concerns and the defendant's request for an in-person interview with the Probation Officer, the draft Presentence Report cannot be released. Given the transfer of the case, the delay in preparing the Presentence Report and the Court's vacating of all scheduled hearing dates, the parties and the Probation Officer respectfully request that the judgment and sentencing hearing be reset for Thursday, January 27, 2022 at 9:30 a.m.

///

///

///

///

The parties further respectfully request that the Court adopt the following schedule for Disclosure and Sentencing in the above-referenced matter:

| | |
|---|---|
| Judgment and Sentencing hearing date: | January 27, 2022 at 9:30 a.m. |
| Reply or Statement of No Opposition and any Sentencing Memos: | January 20, 2022 |
| Motion for Correction Filed: | January 13, 2022 |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | January 6, 2022 |
| Counsel's written objections to the Pre-Sentence report shall be delivered to the Probation Officer and opposing counsel no later than: | December 30, 2021 |
| The draft Pre-Sentence Report is due no later than: | December 16, 2021 |

Dated: November 15, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ CHRISTINA MCCALL
CHRISTINA McCALL
Assistant United States Attorney

Dated: November 15, 2021

By: /s/ DOUG BEEVERS
DOUG BEEVERS
Counsel for defendant Jaziz Cea

**ORDER**

IT IS SO ORDERED this 15th day of November, 2021.

Troy L. Nunley
United States District Judge

2