PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>JAZIZ CEA,<br><br>                Defendant. | CASE NO.  2:19-CR-00126 TLN<br><br>STIPULATION AND ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING<br><br>DATE: January 27, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

Previously, this case was set for judgment and sentencing on January 27, 2022, at 9:30 a.m.  ECF No. 165.  Due to defense counsel's need to meet with his client in person to review documents before sentencing, defense counsel respectfully requests that the judgment and sentencing hearing be reset for Thursday, February 17, 2022 at 9:30 a.m.  The government does not oppose this request.  Both parties filed sentencing memoranda on January 20.  Although the assigned United States Probation Officer is unavailable to appear in person on February 17, another knowledgeable U.S. Probation Officer is

//

//

//

//

//

//

1

available on that date.

Dated:  January 21, 2022                    PHILLIP A. TALBERT
                                           United States Attorney


                                   By:  /s/ CHRISTINA MCCALL
                                        CHRISTINA McCALL
                                        Assistant United States Attorney


Dated:  January 21, 2022           By:  /s/ DOUG BEEVERS
                                        DOUG BEEVERS
                                        Counsel for defendant Jaziz Cea



### ORDER

The sentencing hearing in this case is hereby continued to February 17, 2022 at 9:30 a.m.

IT IS SO ORDERED this 24th day of January, 2022.


                                        Troy L. Nunley
                                        United States District Judge

2