PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-126 TLN |
| Plaintiff, | ORDER TO SEAL DOCUMENTS |
| v. | |
| JAZIZ CEA, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in its Request to Seal, IT IS HEREBY ORDERED that Exhibits 1, 2 and 3 as well as the government's Request to Seal shall be SEALED until further order of this Court. It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court further finds that there are no additional alternatives to sealing the unredacted version of the Government's Exhibits 1, 2 and 3, and the accompanying Request to Seal that would adequately protect the compelling interests identified by the government.

DATED: February 16, 2022

Troy L. Nunley
United States District Judge

1