UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Respondent,<br><br>　　v.<br><br>JAZIZ CEA,<br><br>　　　　Movant. | No. 2:19-cr-0126 TLN CKD P<br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, is proceeding with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Part (a) of that statute reads as follows:

> A prisoner in custody under sentence of a court established by Act of Congress claiming the right to be released upon the ground that the sentence was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack, may move the court which imposed the sentence to vacate, set aside or correct the sentence.

The motion was filed on March 30, 2023, and the court is awaiting respondent's response to the motion.

////

////

1

On May 22, 2023, movant filed another "2255 Motion." If that motion raised an additional § 2255 claim to those presented in the March 30, 2023, motion, the proper procedure would be for this court to consider whether leave to amend the original motion with the claim presented in the second motion would be appropriate. However, the claim raised in the May 22, 2023, "2255 Motion" is not an attack on movant's sentence as it was imposed. Rather, movant seeks a reduction in sentence based upon conditions of confinement.

Good cause appearing, IT IS HEREBY ORDERED that movant's May 22, 2023, "2255 Motion," ECF 198, is denied without prejudice to movant filing a motion for reduction of sentence under 18 U.S.C.§ 3582 or some other appropriate authority for seeking a reduction in sentence as opposed to an attack upon the sentence as it was imposed.

Dated: May 31, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cea0126.